UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 06-20394-CR-GOLD

                 Plaintiff,

VS.

WILKINS PHILIUS,

                 Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S  REPORT & RECOMMENDATION

On May 17, 2007, this matter came for hearing pursuant to this Court's order setting oral argument on the defendant's objections [DE 77] and the Government's response thereto [DE 78] to Chief Magistrate Judge Ted E. Bandstra's Report and Recommendation on the defendant's motion to suppress evidence obtained as a result of an illegal search and motion for a *Franks* hearing.

A review of the docket sheet reveals that an evidentiary hearing was held before Chief Magistrate Judge Bandstra on April 19 and May 2, 2007.

The Report and Recommendation [DE 74] recommends that the defendant's motion to suppress evidence obtained as a result of an illegal search and motion for a *Franks* hearing be denied.

After a *de novo* review of all of the submissions of the parties and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follow:

1)  This Court hereby adopts and affirms the Report and Recommendation of the Chief Magistrate Judge, along with all of its findings of fact and conclusions of law.

2) The defendant's motion to suppress evidence obtained as a result of an illegal search [DE 53] and motion for a *Franks* hearing [DE 68] are hereby denied.

**DONE AND ORDERED** at Miami, Florida, this _____22nd_____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

U.S.A. VS. WILKINS PHILIUS, CASE NO. 06-20394 CR GOLD


cc:    Chief Magistrate Judge Bandstra
       AUSA Adam S. Fels
       David A. Howard, Esquire